UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| SYNERTX, INC., | No. 1:13-CV-3197 NJV |
| Plaintiff, | ORDER SETTING STATUS CONFERENCE |
| v. | |
| NORTH SHORE INVESTMENTS, INC., | |
| Defendant. | |

This case is HEREBY SET for a telephonic status conference on January 14, 2014, at 1:00 pm. The parties shall attend the status conference by dialing 888-684-8852 and entering access code 1868782.

IT IS SO ORDERED.

Dated: January 6, 2014

_____
NANDOR J. VADAS
United States Magistrate Judge